

**ORDERED in the Southern District of Florida on May 18, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

```
IN RE:                                    CASE NO. 15-13009-BKC-RAM
YAIME SEMINO
DEBTOR(S)
_____/
```

**ORDER DENYING DEBTOR'S MOTION TO VALUE COLLATERAL AND DETERMINE SECURED STATUS OF LIEN OF SPECIALIZED LOAN SERVICING (ECF #17)**

THIS CASE came on to be heard on April 14, 2015, for the Debtor's Motion to Value Collateral and Determine Secured Status of Lien of Specialized Loan Servicing (ECF #17), and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion to Value Collateral (ECF #17) is denied for want of prosecution.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

JESSICA R. MAYER, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.