UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

YAIME SEMINO,

CASE NO.: 15-13009-RAM
CHAPTER 13

_____DEBTOR._____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Debtor, Yaime Semino, by and through the undersigned attorney and hereby stipulates that Jessica R. Mayer, Esq., counsel of record for the Debtor, shall hereby withdraw and that Andres Montejo, Esq., be substituted as counsel for the Debtor.

DATED: June 30, 2015

JESSICA R. MAYER, ESQ.
P.O. Box 32186
West Palm Beach, FL 33420
Tel: 772-209-2689
Email: jessicarosemayerlaw@gmail.com

/s/ Jessica R. Mayer, Esq.
Florida Bar No.: 49895

ANDRES MONTEJO, ESQ.
6157 NW 167 Street, Unit F-21
Miami, FL 33015
Tel: 305-817-3677
Fax: 305-675-0666
Email: andres@andresmontejolaw.com

/s/ Andres Montejo, Esq.
Florida Bar No.: 659428

YAIME SEMINO, Debtor
20047 NW 64 Place
Hialeah, FL 33015

/s/ Yaime Semino, Debtor