UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

YAIME SEMINO,

CASE NO: 15-13009-RAM
CHAPTER 13

_____Debtor._____/

### JOINT AGREED MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, the Debtor, Yaime Semino (the "Debtor"), by and through undersigned counsel, and files her Joint Agreed Motion for Substitution of Counsel and states as follows:

1. The debtor filed a voluntary petition under Chapter 13 on February 19, 2015.

2. The debtor has attended her §341 Meeting of Creditors as of this filing.

3. There would be no prejudice to any party in interest to allow this Joint Agreed Motion for Substitution of Counsel.

WHEREFORE, the Debtor, through undersigned counsel, prays that this Court would enter an order Granting the Joint Agreed Motion for Substitution of Counsel.

### CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to

practice in this court set forth in Local Rule 2090-1(A).

                        Respectfully submitted

                        Andres Montejo
                        Office of the General Counsel
                        6157 NW 167 Street, Suite F-21
                        Miami, Florida 33015
                        Telephone: 305-817-3677
                        Facsimile: 305-675-0666
                        Andres@andresmontejolaw.com

                                    /s/
                        _____
                        Andres Montejo, Esq.
                        FBN: 659428